**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**GREGORY HOLT**                                                                                        **PLAINTIFF**
**ADC #129616**
**(aka ABDUL MAALIK MUHAMMAD)**

**v.**                                        **No: 4:22-cv-00553-JM-PSH**

**DEXTER PAYNE,** *et al.*                                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 34), and the objections filed (Doc. No. 35).  After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommendation are approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Holt's motions for a preliminary injunction (Doc. Nos. 3 & 9) are granted.  Defendants are hereby enjoined from requiring Holt to leave his cell during shakedowns wearing only boxer shorts and shower shoes until this case is decided.

DATED this 9th day of January, 2023.

UNITED STATES DISTRICT JUDGE