IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GREGORY HOLT**                                                                                           **PLAINTIFF**
**ADC #129616**
**(aka ABDUL MAALIK MUHAMMAD)**

v.                                      No: 4:22-cv-00553-JM-PSH

**DEXTER PAYNE,** *et al.*                                                                            **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 58), and the timely objections (Doc. Nos. 59, 61). After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommendation are approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that both the Defendants' motion to dismiss (Doc. No. 45) and Holt's motion for summary judgment (Doc. No. 47) are denied without prejudice.

Further, Defendants' motion to strike Holt's second motion for summary judgment (Doc. Nos. 62, 60) is denied, and their alternative request for additional time to respond is granted. Defendants have until February 5, 2024 to respond to the pending motion for summary judgment.

DATED this 24th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE