IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GREGORY HOLT**                                                                                              **PLAINTIFF**

vs.                                        CASE NO. 4:22-cv-00553-PSH

**DEXTER PAYNE**, *et al.*                                                                          **DEFENDANTS**

## ORDER

The parties in this case have settled. The parties have consented to the jurisdiction of this Court, and the terms of the settlement[1] are as follows:

(1) Plaintiff Gregory Holt is the prevailing party;

(2) Defendants are ordered to allow Plaintiff Gregory Holt to leave his cell with a t-shirt and pants that go below the knee during any shakedown;

(3) Defendants will provide Plaintiff with a copy of this Order and Judgment along with necessary sheet protectors so that Plaintiff may present this Order and Judgment to officers;

The Court will issue a Judgment in accordance with the terms outlined above. Plaintiff's motion for fees and costs is due July 31, 2025. Plaintiff's Complaint, *Doc. 2*, is dismissed with prejudice.

So Ordered.

_____
Judge Patricia S. Harris

---

[1] Plaintiff Gregory Holt has been transferred to the Federal Bureau of Prisons and is no longer in the custody of the Arkansas Department of Correction ("ADC"). Defendants have no obligation toward Plaintiff Gregory Holt under this order or the settlement agreement in this case unless Plaintiff Gregory Holt is transferred back to a facility controlled by ADC in the future.