IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GREGORY HOLT**                                                                                           **PLAINTIFF**

vs.                                          CASE NO. 4:22-cv-00553-PSH

**DEXTER PAYNE,** *et al.*                                                                            **DEFENDANTS**

## JUDGMENT

Defendants are hereby enjoined and ordered to allow Plaintiff Gregory Holt to wear a t-shirt and pants that go below the knee during any shakedown. Defendants are ordered to provide Plaintiff with a copy of this Order and Judgment along with necessary sheet protectors so that Plaintiff may present this Order and Judgment to officers.[1]

_____
Judge Patricia S. Harris

---

[1] Plaintiff Gregory Holt has been transferred to the Federal Bureau of Prisons and is no longer in the custody of the Arkansas Department of Correction ("ADC"). Defendants have no obligation toward Plaintiff Gregory Holt under this Judgment or the settlement agreement in this case unless Plaintiff Gregory Holt is transferred back to a facility controlled by ADC in the future.